**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ELANA A. JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:15-cv-00605** |
| **v.** | ) | |
| | ) | **Judge Nixon** |
| **DIRECTOR OF METRO NASHVILLE** | ) | **Magistrate Judge Knowles** |
| **PUBLIC SCHOOLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**ORDER**</u>

Pending before the Court is Magistrate Judge Knowles' Report and Recommendation (Doc. No. 10) that this action be dismissed without prejudice for failing to comply with the provisions of a previously entered Order (Doc. No. 6). Plaintiff, proceeding *pro se*, filed an objection to the Report and Recommendation. (Doc. No. 12.)

Courts review the part of the report or recommendation to which the objection is made *de novo*. 28 U.S.C. § 636(b)(1). In the previous Order, the Magistrate Judge required Plaintiff to file a written explanation showing cause for her failure to serve Defendant within 120 days after the filing of the Complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 6.) In her objection, Plaintiff merely recites her factual allegations and fails to provide any good cause for why she has failed, and continues to fail, to comply. (Doc. No. 6.) No specific objections to the Report and Recommendation are made. (*Id.*) Consequently, the Court finds Plaintiff's objections to be without merit.

For the reasons stated above, this Court **OVERRULES** Plaintiff's objections and **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, this

action is **DISMISSED without prejudice** and the Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 11th day of August, 2016.

_____

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT